# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE ANTONIO YOCK-CARRILLO,**

      **Plaintiff,**

**v.**         Case No: 6:19-cv-1162-Orl-31EJK

**RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Voluntary Dismissal With Prejudice (Doc. 29), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 12, 2019.

      GREGORY A. PRESNELL
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties